EMMA D. WILLIAMS, Respondent, v. VIVIAN L. WILLIAMS, Appellant. — Appeal from so much of an order as awarded a counsel fee to respondent to defend an appeal. (See *Williams* v. *Williams*, 5 A D 2d 691.) Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur.

## (December 18, 1957)

In the Matter of the Application of JULIAN A. WILHELM for Admission to Practice as an Attorney. (From the State of Massachusetts.) — Application granted. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

## (December 23, 1957)

I the Matter of the Appointment of a MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE NINTH JUDICIAL DISTRICT.— Pursuant to the provisions of section 90 of the Judiciary Law and rule 1 of the Rules of Civil Practice, Paul Rosen, Esq., a practicing lawyer of Poughkeepsie, Dutchess County, New York, is hereby appointed as a member of the Committee on Character and Fitness for the Ninth Judicial District, to investigate the character and fitness of applicants in said judicial district for admission to practice as attorneys and counselors at law in the courts of this State, in place of Earl Hawley, Esq., deceased; such appointment to take effect January 1, 1958. Present — Nolan, P. J., Wenzel, Beldock, Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

JOSEPH B. CRAMPTON, Doing Business as CRAMPTON REALTY COMPANY, Appellant, v. MORRIS BOWERS et al., Individually and as Copartners Doing Business under the Name of BOWERS & EFFRON, VISTA LAWNS, INC., Respondents, et al., Defendants.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. [See 4 A D 2d 884.]

BLANCHE KNIGHT et al., Appellants, v. ROBERT J. HARDER et al., Respondents and ROBERT C. WEAVER, as State Rent Administrator, Intervenor-Appellant.— Motions to reopen the appeal herein, for leave to appeal to the Court of Appeals and for other relief denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [See 4 A D 2d 688.]

FRED MACLI, Doing Business as MACE PAINTING SERVICE, Respondent, v. PINE BROOK CREST, INC., Appellant.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument and for other relief denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See 4 A D 2d 885.]